KATIE LEE, Appellant, *v.* EMMA NEVINS, as President of the United Garment Workers of America, Local No. 34, Respondent.

*Lee* v. *Nevins*, 136 App. Div. 930, affirmed.
(Submitted March 31, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 27, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to secure plaintiff's reinstatement as a member of the defendant association.

*Alfred Steckler* and *Levin L. Brown* for appellant.

*Max D. Steuer* and *Gerald B. Rosenheim* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK PUMP, Appellant.

*People* v. *Pump*, 140 App. Div. 933, affirmed.
(Argued April 3, 1911; decided April 25, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1910, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of the Liquor Tax Law.

*P. A. McManus* and *G. H. Mallory* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.